UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MAMUN DEWAN,

                        Plaintiff,

      v.

ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

                        Defendants.

------------------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No.
CV-22-4066

(Cogan, J.)

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, that this action shall be dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and fees.

Dated:  New York, New York
         October 5, 2022

MICHAEL E. PISTON, ATTORNEY AT LAW
*Counsel for Plaintiff*
225 Broadway
Suite 307
New York, New York 10007

By:   /s/ Michael E. Piston
Michael E. Piston, Esq.
(646) 876-9895
michaelpiston4@gmail.com

*Dewan v. Mayorkas, et al.*, 22-cv-4066 (Cogan, J.)
**Stipulation of Dismissal With Prejudice**
**Page 2**

Dated: Brooklyn, New York
       October 5, 2022

BREON PEACE
United States Attorney
*Counsel for Defendants*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By:   */s/ Ekta Dharia*
Ekta R. Dharia
Assistant U.S. Attorney
(718) 254-7520
ekta.dharia@usdoj.gov